# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALFREDO ARAGONEZ,

    Petitioner,

v.    Civ. No. 19-238 KG/CG

RAUL TORREZ, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **dismissed without prejudice**.

_____
UNITED STATES DISTRICT JUDGE